UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMMANUEL SHAWN COATES,

    Plaintiff,

v.

RICHARD SNYDER and
KRISTIE ETUE,

    Defendants.
                                 /

File no: 1:17-CV-1064

HON. ROBERT J. JONKER

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on June 12, 2018 (ECF No. 27). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 27) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion to dismiss (ECF No. 15) is **GRANTED** with respect to Plaintiff's claim for relief against non-parties MDOC, the Michigan Parole Board, and his parole agent, and **DENIED** in all other respects.

**IT IS SO ORDERED**.

Date:   July 3, 2018                             /s/ Robert J. Jonker
                                                             ROBERT J. JONKER
                                                             CHIEF UNITED STATES DISTRICT JUDGE